IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BETTY L. BROWN,

                                                                    ORDER

            Plaintiff,

                                                              09-cv-556-wmc

    v.

MICHAEL J. ASTRUE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant moves to remand the above case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge will offer plaintiff the opportunity for a hearing at which she may present additional evidence concerning her medical condition and vocational history. If appropriate the administrative law judge will also receive evidence from a vocational expert as to the existence of jobs that plaintiff could perform given her limitations, age, education and work experience. Plaintiff agrees to remanding this case.

ORDER

       IT IS ORDERED that defendant's motion for entry of judgment and remand to the commissioner is GRANTED. The decision of the commissioner is REVERSED AND

REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). The clerk of court is directed to enter judgment in favor of plaintiff and close this case.

Entered this 8th day of April, 2010.

                              BY THE COURT:

                              /s/

                              _____
                              WILLIAM M. CONLEY
                              District Judge